*11092424*
*$1687.56*
*9/21/11*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 1,687.56

IN CHECK # 15736 FOR 1,687.56

Representing unclaimed funds.

DATED: 9-15-2011

_____

ALBERT J. MOGAVERO
TRUSTEE

FILED

SEP 2 1 2011

BANKRUPTCY COURT
BUFFALO. N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 179064 | LOOMIS | 0702737 | 662.84 | AFNI/ VERIZON WIRELESS | POST OFFICE BOX 3397 | | BLOOMINGTON IL | 61701 |
| 179065 | BROWNSCHIDLE | 0812063 | 17.57 | AFNI/VERIZON EAST | P.O. BOX 3037 | | BLOOMINGTON IL | 617023037 |
| 179069 | MONTES | 0813743 | 22.03 | AFNI/VERIZON EAST | P.O. BOX 3037 | | BLOOMINGTON IL | 617023037 |
| 179071 | JONES | 0815148 | 15.09 | AFNI/VERIZON EAST | P.O. BOX 3037 | | BLOOMINGTON IL | 617023037 |
| 179074 | HENNING | 0519435 | 15.95 | AFNI/VERIZON WIRELESS | 404 BROCK DRIVE | | BLOOMINGTON IL | 617023097 |
| 179862 | COOPER | 0703131 | 5.66 | C.R. GONA, MD | 53 ELIZABETH DRIVE | | LOCKPORT NY | 140945226 |
| 180317 | CARRICK | 0812189 | 14.53 | CHAPTER 7 TRUSTEE - THOMAS GAFFNEY | | | UNKNOWN NY | 14202 |
| 180319 | OWENS | 0913170 | 5.02 | CHAPTER 7 TRUSTEE - DANIEL BRICK | | | UNKNOWN NY | 14202 |
| 180321 | REINHARDT | 0912471 | 5.00 | CHAPTER 7 TRUSTEE - DANIEL BRICK | | | UNKNOWN NY | 14202 |
| 180325 | HOWE | 0602136 | 5.00 | CHAPTER 7 TRUSTEE - MARK WALLACK | | | UNKNOWN NY | 14202 |
| 180595 | GERST | 0813750 | 21.09 | CHASE BANK, USA | % CREDITORS BANKRUPTCY SVCS P.O. BOX 740933 | | DALLAS TX | 75374 |
| 182021 | SOBOROWSKI | 0702918 | 60.45 | ELPINIKI M. BECHAKUS, ESQ. | 7954 TRANSIT ROAD, #144 | | WILLIAMSVILLE NY | 142141117 |
| 182254 | ARROYO | 1013366 | 659.63 | FCNB MASTERTRUST | CARDMEMBER SERVICES | 1620 DODGE ST STOP CODE OMAHA | NE | 68197 |
| 182631 | HIMES, JR. | 0700301 | 21.76 | GENESIS MEDICAL ANESTHESIA, DR. SHIN | 2605 HARLEM ROAD | | CHEEKTOWAGA NY | 142254018 |
| 182864 | SYNAGOGUE | 0704709 | 25.41 | HS FINANCIAL GROUP | 25651 DETROIT RD., SUITE 230 | ATTN: JAN WASHINGTON | WESTLAKE OH | 44145 |
| 183688 | PLUMMER | 0601619 | 17.57 | NORTHEAST VERIZON WIRELESS AFNI/VERIZON WIRELESS | AFNI/VERIZON WIRELESS | 404 BROCK DR, | BLOOMINGTON IL | 61701 |
| 185192 | CUMBERLANDER | 0601823 | 52.43 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 185203 | DOTY | 0703970 | 55.87 | VERIZON WIRELESS | P.O. BOX 3397 | | BLOOMINGTON IL | 61702 |
| 185227 | RUSIN | 1010070 | 4.66 | VERIZON WIRELESS | P.O. BOX 3397 | | BLOOMINGTON IL | 61702 |